No. 96–1264. HOUGH v. RUNYON, POSTMASTER GENERAL. C. A. 11th Cir. Certiorari denied.

No. 96–1269. GAITHER v. RENO, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 96–1315. MILLUS v. NEWSDAY, INC., ET AL. Ct. App. N. Y. Certiorari denied.

No. 96–1317. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–1331. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–1336. MCMULLIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–1373. SANGUANDIKUL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6752. ARANDA-HERNANDEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6912. VELASCO v. HORGAN ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–6993. SPIKE v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–7004. ZAMORA v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–7007. WASHINGTON v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–7023. IKO v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–7027. MATHEWSON v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–7028. LANE v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–7041. CARDWELL v. NEVADA. Sup. Ct. Nev. Certiorari denied.